**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON CHAMBERS, | No.  1:25-cv-01785 JLT SKO (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 6) |
| v. | |
| J. DOERER, et al., | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| Respondents. | |

Brandon Chambers is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 11, 2025, the assigned Magistrate Judge issued Findings and Recommendations to dismiss the petition for lack of jurisdiction.  (Doc. 6.)  The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 21 days.  (Doc. 6.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

1

Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.    The Findings and Recommendations issued on December 11, 2025, (Doc. 6), are **ADOPTED** in full.

2.    The petition for writ of habeas corpus is **DISMISSED**.

3.    The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:    **February 10, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2